ORIGINAL FILED 07 NOV 19 PM 2:48 RICHARD W. WIEKING U.S. DISTRICT COURT

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND CHARLES MEYER

**E-FILING**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

RAYMOND CHARLES MEYER,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

Defendant.

Case No. C07 05853 BZ

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

15 United States Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

Plaintiff, RAYMOND CHARLES MEYER (hereinafter "Plaintiff"), based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

**III. VENUE**

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

**IV. INTRADISTRICT ASSIGNMENT**

5. This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in San Mateo County.

**V. PARTIES**

6. Plaintiff, RAYMOND CHARLES MEYER (hereinafter "Plaintiff"), is a natural person residing in San Mateo County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

7. Defendant, NCO FINANCIAL SYSTEMS, INC. (hereinafter "NCO"), is a Pennsylvania corporation engaged in the business of collecting debts in this state with its principal place of business located at: 507 Prudential Road, Horsham, Pennsylvania 19044-2308. NCO may be served at the address of its agent for service of process at: NCO Financial Systems, Inc., c/o CT Corporation System, 818 West 7th Street, Los Angeles, California 90017-3407. The principal purpose of NCO is the collection of debts using the mails and telephone, and NCO regularly attempts to collect debts alleged to be due another. NCO is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

**VI. FACTUAL ALLEGATIONS**

8. On a date or dates unknown to Plaintiff, Plaintiff incurred a financial obligation, namely a consumer credit account issued by Citibank (South Dakota), N.A., and bearing

the account number XXXX-XXXX-XXXX-4374 (hereinafter "the debt"). The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

9. Sometime thereafter on a date unknown to Plaintiff, the debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

10. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

11. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

12. The collection letter (Exhibit "1") is dated December 16, 2006.

13. The collection letter (Exhibit "1") was the Defendant's first written notice initially addressed to Plaintiff in connection with collecting the debt.

14. Thereafter, Defendant made several telephone calls to Plaintiff which were each a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

15. On or about December 15, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is directly intended for Raymond Meyer. Raymond, this is Mr. Cunningham contacting you. I do need to notify you sir of claim number FR1458. Claim number FR1458. Raymond my return call number is 1-888-899-5921. 1-888-899-5921. Raymond Meyer, you have officially been notified of the situation.

16. On or about December 18, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> My name is Mr. Cunningham. My phone number is 1-888-899-5921. 1-888-899-5921. Raymond Meyer, return the call regarding claim number FR1458. FR1458. Raymond Meyer, the number once again is 1-888-899-5921. It is a time sensitive situation, Raymond. Please return the call today.

17. On or about December 19, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Raymond Meyer. Mr. Cunningham calling again. I've been leaving you repeated messages. I've been speaking loudly and very clearly. If you would return the call to 1-888-899-5921. 1-888-899-5921. File number FR1458. FR1458. We're in the office from 8 a.m. until 9 p.m.

18. On or about December 20, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Raymond Meyer. Mr. Cunningham calling again. As loudly and as clearly as I can get, sir. The number is 1-888-899-5921. 1-888-899-5921. File number FR1458. Sir, the office is open from 8 a.m. until 9 p.m. Return the call.

19. On or about December 22, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Raymond Meyer. Mr. Cunningham calling again. Sir, the longer you ignore the situation the tougher it's going to be to get yourself out of it. You need to address it as soon as possible. Our office hours are from 8 a.m. until 9 p.m. That's 13 hours. Return the call, sir, to 188-899-5921. 1-888-899-5921. File number FR1458. FR1458. 1-888-899-5921. I would love to help you out of the situation, sir. You just need to return the call.

20. On or about December 23, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Ashley. On December 13th, 2006, there is a claim filed against you in our office. It's imperative you respond to the claim. My phone number is 800-227-4000, extension 2975. If there is no response to the claim this will be sent to Santa Clara County as a direct refusal to cooperate with us on the claim. Please call me back. Our office is open until 12. Thank you.

21. On or about December 28, 2006, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. Please contact the office of Mrs. Morino at 1-800-227-4000, extension 2570.

22. On or about January 11, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> . . . attempt to collect a debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

23. On January 11, 2007, Defendant recorded the following automated message

on Plaintiff's answering machine:

> . . . to collect a debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

24. On or about January 12, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Miss Braley. It's imperative you return my call at 800-227-4000, extension 2975. Thank you.

25. On or about January 15, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Miss Braley. It's imperative you return my call at 800-227-4000, extension 2975. Thank you.

26. On or about January 17, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Miss. Braley. It's imperative you return my call at 800-227-4000, extension 2975. The law requires I notify you I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Once again my number is 800-227-4000, extension 2975. Thank you.

27. On or about January 22, 2007, an employee of Defendant recorded the following message on the Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Ashley. On January 12, 2007, there was a claim filed against you in our office. Claim number FR1-458. It's imperative you respond to the claim. My number is 888-899-8034. If there is no response to the claim, we will be forwarding this to Santa Clara County as a direct refusal to cooperate with us on the claim. Please call me back today, January 22, by 9 o'clock. Thank you.

28. On January 22, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> . . . to collect a debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

29. On or about January 23, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Ms. Braley. It is imperative you return my call at 888-899-8034. Thank you.

30. On or about January 24, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> This is an attempt to collect the debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

31. On or about January 25, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Ms. Braley. You need to call back at 888-899-8034. Once again, that number is 888-899-8034. Thank you.

32. On or about January 27, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> This message is for Raymond Meyer. This is Mrs. Aster. I need you to return this call at 1-800-227-4000, extension 2632. 800-227-4000, extension 2632.

33. On or about January 30, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> This is an attempt to collect the debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

34. On or about January 31, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> . . . debt collection company. This is an attempt to collect the debt and any information obtained will be used for that purpose. Please call Louie Cunningham back today at 1-888-899-8034. Once again that number is 1-888-899-8034. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

35. On or about February 2, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer, this is Erin Rizzo calling. Law requires I notify you I am calling with NCO Financial, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose only. It's about 12:30 on Friday the 2nd, and that is Eastern Standard Time. You may reach my office when you receive this message at 1-800-227-4000, extension 2723. Again that is 1-800-227-4000, extension 2723. Thank you.

36. On or about February 5, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer, this is Erin Rizzo calling. 800-816-5576 [laughing].

37. On or about February 6, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer, this is Erin Rizzo calling. Contact me when you get this message at 1-800-227-4000, extension 2723.

38. On or about February 12, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer this is Erin Rizzo calling. Contact me when you receive this message at 1-800-227-4000, extension 2723.

39. On or about February 20, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer this is Erin Rizzo calling. 800-227-4000, extension 2723.

40. On or about February 27, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

Raymond Meyer this is Erin Rizzo calling once again with NCO Financial. Um, this will be a final attempt to contact you with regards to the Citibank matter. Ah, we are able to get this taken care for you for 50 cents on the dollar. Ah, but this will only be good until three o'clock eastern standard time Wednesday the 28th. Ah, if you want to get this taken care of, great. You know, we are willing to work with you. If not, all I can really say is good luck to you. 800-227-4000. extension 2723. Thank you.

41. On or about March 5, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

Again that toll free number is 1-888-899-6779. FR1458 is your ID code. Again, your ID code is FR1458.

42. On or about May 12, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> Again, that toll-free number is 1-888-899-6779. FR1458 is your ID code. Again, your ID code is FR1458.

43. On or about May 14, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> . . . collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Adam Kurzholz back today at 1-888-899-6779. Once again, the number is 1-888-899-6779. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

44. On or about May 17, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> Again, the number is 1-888-899-6779. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

45. On or about May 22, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Adam Kurzholz back today at 1-888-899-6779. Once again, the number is 1-888-899-6779. Thank you. FR1458 is your ID code. Again, your ID code is FR1458.

46. On or about June 5, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> Again, that toll-free number is 1-888-899-6779. FR1458 is your ID code. Again, your ID code is FR1458.

47. On or about June 6, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> Again, that toll-free number is 1-888-899-6779. FR1458 is your reference ID. Again, your reference ID is FR1458.

48. Defendant's answering machine messages were each a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

49. Defendant failed to disclose Defendant's identity and the nature of Defendant's business in its answering machine messages, in violation of 15 U.S.C. § 1692d(6) and Cal. Civil Code § 1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1112, 1118 (C.D. Cal. 2005).

50. Defendant failed to disclose that its answering machine messages were communications from a debt collector, in violation of 15 U.S.C. § 1692e(11). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. Cal. 2005); *Foti v. NCO Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

51. Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

52. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 50 above.

53. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

54. Defendant, NCO, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

55. The financial obligation owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

56. Defendant's answering machine messages described above violate the FDCPA. The violations include, but are not limited to, the following:

a. Defendant caused the Plaintiff's telephone to ring repeatedly with the intent to annoy, abuse or harass the Plaintiff, in violation of 15 U.S.C. § 1692d(5);

b. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6);

c. Defendant falsely represented or implied that a lawsuit could or

would be filed against Plaintiff to collect the debt, when Defendant did not intended to actually file such a lawsuit, in violation of 15 U.S.C. § 1692e(5);

d. Defendant falsely represented or implied that Defendant could or would file a lawsuit against Plaintiff to collect the debt, in violation of 15 U.S.C. § 1692e(10);

e. Defendant falsely represented or implied that Defendant's February 27, 2007, answering machine message would be Defendant's "final attempt to contact [Plaintiff] with regards to the Citibank matter," in violation of 15 U.S.C. § 1692e(10);

f. Defendant designed its answering machine messages to instill a false sense of urgency in the listener, in violation of 15 U.S.C. §§ 1692e and 1692e(10);

g. Defendant falsely represented threats of an imminent lawsuit with the intent to annoy, harass, and abuse Plaintiff, in violation of 15 U.S.C. §§ 1692d, 1692e, and 1692e(10); and

h. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11).

57. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

58. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

59. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

60. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 58 above.

61. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

§ 1788.2(h).

62. Defendant, NCO, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

63. The financial obligation owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

64. Defendant's answering machine messages described above violate the RFDCPA. The violations include, but are not limited to, the following:

a. Defendant caused the Plaintiff's telephone to ring repeatedly with the intent to annoy, abuse or harass the Plaintiff, in violation of 15 U.S.C. § 1692d(5), as incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code §§ 1788.11(d) and 1788.11(e);

b. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6), as incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code § 1788.11(b);

c. Defendant falsely represented or implied that a lawsuit could or would be filed against Plaintiff to collect the debt, when Defendant did not intended to actually file such a lawsuit, in violation of 15 U.S.C. § 1692e(5), as incorporated by Cal. Civil Code § 1788.17, and Cal. Civil Code § 1788.13(j);

d. Defendant falsely represented or implied that Defendant could or would file a lawsuit against Plaintiff to collect the debt, in violation of 15 U.S.C. § 1692e(10), as incorporated by Cal. Civil Code § 1788.17, and Cal. Civil Code § 1788.13(j);

e. Defendant falsely represented or implied that Defendant's February 27, 2007, answering machine message would be Defendant's "final attempt to contact [Plaintiff] with regards to the Citibank matter," in violation of 15 U.S.C. § 1692e(10), as incorporated by Cal. Civil

Code § 1788.17;

f. Defendant designed its answering machine messages to instill a false sense of urgency in the listener, in violation of 15 U.S.C. §§ 1692e and 1692e(10), as incorporated by Cal. Civil Code § 1788.17;

g. Defendant falsely represented threats of an imminent lawsuit with the intent to annoy, harass, and abuse Plaintiff, in violation of 15 U.S.C. §§ 1692d, 1692e, and 1692e(10), as incorporated by Cal. Civil Code § 1788.17, and Cal. Civil Code § 1788.13(j); and

h. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated by Cal. Civil Code § 1788.17.

65. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the debt, within the meaning of Cal. Civil Code § 1788.30(b).

66. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

67. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

68. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

69. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant's answering machine messages violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692d, 1692d(5), 1692d(6), 1692e, 1692e(5), 1692e(10) and 1692e(11);

c. Declare that Defendant's answering machine messages violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b), 1788.11(d), 1788.11(e), 1788.13(j) and 1788.17;

d. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e. Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

g. Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

h. Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
RAYMOND CHARLES MEYER

**CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RAYMOND CHARLES MEYER, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

PO BOX 15630
DEPT 72
WILMINGTON DE 19850

Calls to or from this company may be monitored or recorded for quality assurance.

FR1458 163
RAYMOND C MEYER
2680 BAYSHORE PKWY
STE 211
MOUNTAIN VIEW, CA 94043-1019

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-888-899-5921
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Dec 16, 2006

CREDITOR: CITIBANK-SECONDS
ACCOUNT #: 5424180696304374
REGARDING: CREDIT CARD BALANCE
PRINCIPAL: $ 14490.30
INTEREST: $ 0.00
INTEREST RATE:
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE. $ 14490.30

The named creditor has placed this account with our office for collection. It is important that you forward payment in full.

If you choose not to respond to this notification, we will assign your account to a collector with instructions to collect the balance.

To assure proper credit please put our internal account number FR1458 on your check or money order and enclose the lower portion of this letter with your payment. If you need to speak to a representative contact us at 1-888-899-5921.

Returned checks may be subject to the maximum fees allowed by your state.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CFR14587-23368S.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector. PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)




Check here if your address or phone number has changed and provide the new information below.

| Account # | Total Balance |
|---|---|
| FR1458 | $ 14490.30 |

RAYMOND C MEYER

Payment Amount

$

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15889
WILMINGTON, DE 19850-5889

NCO A
163

017200FR14589000000190000000000014490304

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

PO BOX 15630
DEPT 72
WILMINGTON DE 19850

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC

**FIRST-CLASS**

FR1458 163
RAYMOND C MEYER
2680 BAYSHORE PKWY
STE 211
MOUNTAIN VIEW, CA 94043-1019

JANSSP1 94043