# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 21, 2008

To:   Fred W. Schwinn
      Consumer Law Center, Inc.
      12 South First Street, Suite 1014
      San Jose, CA 95113-2403

      Debbie Paulerio Kirkpatrick
      Sessions Fishman & Nathan & Israel, L.L.P.
      3667 Voltaire Street
      San Diego, CA 92106


      Re: Raymond C. Meyer v. NCO Financial Systems, Inc. - C07-5853 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 24, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

   At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within five days.

                                  Sincerely,

                                  Richard W. Wieking, Clerk
                                  United States District Court

                                  _/s/ Lashanda Scott_
                            By:   Lashanda Scott
                                  Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd