IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES MEYER,

                Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a
Pennsylvania corporation,

                Defendant.

Case No. C07-05853-BZ

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

    Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb. 19, 2008

                */s/ Raymond Charles Meyer*
                Raymond Charles Meyer, Plaintiff

Dated: 2-19-08

                */s/*
                Fred W. Schwinn, Esq.
                Attorney for Plaintiff