```
1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL L.L.P.
2  3667 Voltaire Street
   San Diego, CA  92106
3  Tel:     619/758-1891
   Fax:     619/222-3667
4  dkirkpatrick@sessions-law.biz

5  Attorney for Defendant
   NCO Financial Systems, Inc.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. MEYER | No. C 07-5853 BZ |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| NCO FINANCIAL SYSTEMS, INC. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/22/08

Signature: [signature]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")