1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
2  3667 Voltaire Street
   San Diego, CA 92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  e-mail: dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Charles Meyer,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc.<br><br>　　　　Defendants. | Case No.: C07 05853 MHP<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: 4/07/2008<br>Time: 4:00 p.m.<br>Place: Courtroom 15, 18th Floor |

///
///
///
///

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for April 7, 2008 at 4:00 p.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Francisco. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted.

Respectfully submitted,

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated:   3/17/08

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

### [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants NCO Financial Systems, Inc, to participate by telephone in the Case Management Conference scheduled for April 7, 2008 at 4:00 p.m.

Dated: _____

Hon. Marilyn H. Patel
United States District Judge