Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND CHARLES MEYER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendant. | Case No. C07-05853-MHP<br><br>**COUNSEL FOR PLAINTIFF RAYMOND CHARLES MEYER REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:       April 7, 2007<br>Time:      4:00 p.m.<br>Judge:     Honorable Marilyn H. Patel<br>Courtroom: 15, 18th Floor<br>Place:     450 Golden Gate Avenue,<br>            San Francisco, CA 94102 |

Fred W. Schwinn, counsel for Plaintiff, RAYMOND CHARLES MEYER, requests permission to appear by telephone at the Case Management Conference in the above-entitled action. Mr. Schwinn will be out of the state on April 7, 2008, and will be unable to appear in person in this matter.

CONSUMER LAW CENTER, INC.

Dated: March 19, 2008          By: /s/ Fred W. Schwinn
                                   Fred W. Schwinn, Esq.
                                   Attorney for Plaintiff
                                   RAYMOND CHARLES MEYER

---

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                Case No. C07-05853-MHP

1       The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned
2 Case management Conference telephonically.
3       IT IS SO ORDERED.

5 Date: _____

                                                      Judge Marilyn H. Patel