1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

6

7

8              **IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN FRANCISCO DIVISION**

10 | RAYMOND CHARLES MEYER,            | Case No.  C07-05853-MHP
11 |                                   |
   |         Plaintiff,                |
12 |                                   | **NOTICE OF SERVICE OF
   | v.                                | PLAINTIFF'S INITIAL
13 |                                   | DISCLOSURES PURSUANT TO
   | NCO FINANCIAL SYSTEMS, INC., a    | FED. R. CIV. P. 26(a)(1)**
14 | Pennsylvania corporation,         |
   |                                   |
15 |         Defendant.                |

16     **COMES NOW** the Plaintiff, RAYMOND CHARLES MEYER, by and through counsel,

17  Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 19th

18  day of March, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed.

19  R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage

20  prepaid, addressed to the following:

21                         Debbie P. Kirkpatrick
                           Sessions Fishman Nathan in California, LLP
22                         3667 Voltaire Street
                           San Diego, CA  92106
23                              Attorney for Defendant

24

25  Dated: March 19, 2008              By: /s/ Fred W. Schwinn
                                           Fred W. Schwinn, Esq.
26                                         Attorney for Plaintiff
                                           RAYMOND CHARLES MEYER
27

28

---

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES          Case No.  C07-05853-MHP