1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile:  504-828-3737
4

5                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                          (SAN FRANCISCO)

7  RAYMOND CHARLES MEYER,         )
8                                 )  CASE NO. C 07-05853 MHP
                  Plaintiff,      )
9  v.                             )  **APPLICATION**
                                  )  **FOR ADMISSION OF ATTORNEY**
10 NCO FINANCIAL SYSTEMS, INC     )  **PRO HAC VICE**
                                  )
11                Defendant.      )
                                  )
12                                )

13 _____

14      Pursuant to Civil L.R. 11-3, David Israel, an active member in good standing of the bar of
15 Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro*
16 *hac* basis representing defendant, NCO Financial Systems, Inc., in the above-entitled action.
17
        In support of this application, I certify on oath that:
18
19   1.   I am an active member in good standing of a United States Court or of the highest
20        court of another State or the District of Columbia, as indicated above;
21   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
22        Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to
23        become familiar with the Local Rules and the Alternative Dispute Resolution
24        programs of this Court; and,
25
26   3.   An attorney who is a member of the bar of this Court in good standing and who
27        matains an office within the State of California has been designated as co-counsel
28

in the above-entitled action. The name, address and telephone number of that attorney is:

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman , Nathan & Israel, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tele: 619-758-1891

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2008.

_____
David Israel

## United States of America

## State of Louisiana

## Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**DAVID ISRAEL, ESQ., #7174**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 9th Day of October, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 17th Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

CASE NAME: MEYER v. NCO
CASE NO:    C07-05853 MHP

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

(XX ) BY U.S. MAIL

   I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  ) BY FACSIMILIE MACHINE

   I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

(  ) BY PERSONAL SERVICE

   I caused to be served by hand a true copy of the above named document as listed hereafter.

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404
Fax: 408-294-6190

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

_____
Ann Coito

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017389
Cashier ID: nudot
Transaction Date: 03/25/2008
Payer Name: Sessions Fishman Nathan and
------------------------------------
PRO HAC VICE
 For: David Israel
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1003
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5853-MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```