1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile: 504-828-3737
4

**RECEIVED**

MAR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC<br><br>    Defendant. | CASE NO. C 07-05853 MHP<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

David Israel, an active member in good standing of the bar of Louisiana, whose business address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, NCO Financial Systems, Inc. ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____     _____
                  United States District Judge

- 1 -