Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>            Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>a Pennsylvania corporation,<br><br>            Defendants | Case No.  C07-05853  MHP<br><br>NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |

**COMES NOW** the Defendant, NCO Financial Systems, Inc. (NCO), by and through counsel. Debbie P. Kirkpatrick of Sessions, Fishman, Nathan & Israel, LLP, and hereby notifies the Court that on the 28th day of March, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

```
                              Fred. W. Schwinn
                              CONSUMER LAW CENTER, INC.
                              12 South First Street, Ste. 1014
                              San Jose, CA  95113-2418


Dated: 3/28/08               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                              /s/ Debbie P. Kirkpatrick
                              Debbie P. Kirkpatrick
                              Attorney for Defendant
                              NCO Financial Systems, Inc.
```

Notice of Service of Defendant's Initial Disclosures

2