THE SESSIONS FIRM

**SESSIONS FISHMAN NATHAN & ISRAEL LLP**
ATTORNEYS AT LAW

DEBBIE P. KIRKPATRICK
Licensed in the State of California
dkirkpatrick@sessions-law.biz

April 2, 2008

<u>Via E-Filing</u>

Mr. Tony Bowser
Calendar Clerk
United States District Court
Courtroom 15, 18th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: Meyer v. NCO Financial Systems, Inc., Case No. C07-05853 MHP

Dear Mr. Bowser:

  This will confirm that the Case Management Conference in the above-referenced action will take place on April 8, 2008 at 10:00 a.m. with counsel for both parties appearing telephonically. I will initiate the conference call with Mr. Schwinn and then contact the court at 415-522-3600 as you instructed in your voice message today.

           Very truly yours,

           Debbie P. Kirkpatrick

DPK:mmw
cc: Fred W. Scwhinn, Esq.