**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 8, 2008

Case No.   C07-5853 MHP          Judge: MARILYN H. PATEL

Title: RAYMOND C. MEYER -v- NCO FINANCIAL SYSTEMS INC.

Attorneys:  Plf: Fred Schwinn
            Dft: Debbie Kirkpatrick

Deputy Clerk: Frank Justiliano        Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Telephonic Case Management Conference - HELD.

2)

3)

**ORDERED AFTER HEARING:**

The parties are directed to set a date with the mediator and vacated mediation if case is settled. Further telephonic case management conference set for June 18, 2008 at 3:00 p.m.   Ms. Kirkpatrick to initiate the conference call.   Joint supplemental brief due by June 11, 2008.