1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO DIVISION**

10 RAYMOND CHARLES MEYER,                    Case No. C07-05853-MHP

11                 Plaintiff,
                                             **STIPULATION OF DISMISSAL**
12 v.                                        **WITH PREJUDICE AND**
                                             **[PROPOSED] ORDER**
13 NCO FINANCIAL SYSTEMS, INC., a
   Pennsylvania corporation,                 Fed. R. Civ. P. 41(a)(1)
14
                   Defendant.
15

16        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAYMOND CHARLES MEYER, and

17 Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

18        1.     The dispute between the parties has been settled, therefore, the claims asserted

19 by Plaintiff, RAYMOND CHARLES MEYER, against Defendant, NCO FINANCIAL SYSTEMS,

20 INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

21 Civ. P. 41(a)(1).

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

Dated: May 30, 2008                         /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
                                            Attorney for Plaintiff
                                            RAYMOND CHARLES MEYER

Dated: May 30, 2008                         /s/ Debbie P. Kirkpatrick
                                            Debbie P. Kirkpatrick
                                            Attorney for Defendant
                                            NCO FINANCIAL SYSTEMS, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: June 2, 2008                         _____
                                            The Honorable Marilyn H. Patel
                                            Judge Marilyn H. Patel

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C07-05853-MHP